UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO.3:16 CR 00083 AWT |
| | : | |
| BOBBY HEMINGWAY | : | OCTOBER 6, 2017 |

## BOBBY HEMINGWAY'S SUPPLEMENT TO
## SENTENCING MEMORANDUM

The defendant, Bobby Hemingway, hereby respectfully submits the following supplement to his previously filed sentencing memorandum for the sole purpose of providing the Court with the attached updated medical records. As of this time, Mr. Hemingway is awaiting approval for referrals to an orthopedic surgeon and neurologist for consideration for right hand parenthesis and possible surgery to his elbows due to chronic pain. This is in addition to his ongoing Rheumatoid Arthritis and possible Lupus.

Respectfully submitted,
The Defendant,
BOBBY HEMINGWAY

BY: _____/s/_____
Cheryl E. Heffernan
Farver & Heffernan, LLC
2858 Old Dixwell Avenue
Hamden, CT 06518
Tel: 203-230-2500
Fax: 203-288-4702
ceh@farverandheffernan.com
Fed Bar #: ct06473

## CERTIFICATION

I hereby certify that the forgoing was filed through the ECF system and will be sent to all counsel of record through the ECF system.

AUSA Patricia Stolfi Collins
225 Asylum Street, 17th Floor
Hartford, CT 06103         _____/s/_____
                          Cheryl E. Heffernan

2